UNITED STATES of America, Appellee,

v.

Leroy RUSH a/k/a James Johnson, Appellant.

No. 86–1811EM.

United States Court of Appeals, Eighth Circuit.

July 24, 1987.

### ORDER

On the Court's own motion this case is hereby referred to the Court en banc for argument and submission. This case is consolidated with *U.S. v. Mark Anthony Cloyd*, 819 F.2d 836 (8th Cir.1987), for the purpose of submission on the issue of sentence enhancement under 18 U.S.C. app. § 1202(a). The Clerk of this Court shall set both cases for argument on Monday, September 14, 1987, in St. Louis, Missouri.